# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DENNIS R. BLACKBURN,<br><br>   Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>DISABILITY MANAGEMENT SERVICES<br>PO BOX 13480<br>PHILADELPHIA, PA 19176<br>,<br><br>   Defendant. | Case No.: 3:22-cv-61-DJH<br><br>Removed from<br>Jefferson Circuit Court<br>Civil Action No. 21-CI-07268 |

## NOTICE OF REMOVAL

Defendant, The Prudential Insurance Company of America (incorrectly sued as "Prudential Insurance Company of America Disability Management Services") ("Prudential"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, submits the following Notice of Removal with respect to the above captioned case, which was filed and is currently pending in Jefferson Circuit Court, Case No. 21-CI-07268. In support of this Notice of Removal, Prudential states the following:

### Timeliness And Background

1. On December 28, 2021, Plaintiff Dennis R. Blackburn ("Plaintiff") commenced a civil action against Prudential by filing a complaint in Jefferson Circuit Court, Kentucky. The lawsuit is recorded on that court's docket as Case No. 21-CI-07268. There are no other parties named in Plaintiff's complaint.

2. A true and correct copy of Plaintiff's complaint, which constitutes "all summons, pleadings, and orders" served upon Prudential in the state court action, is attached hereto as Exhibit A. Prudential accepted service via email from Plaintiff's counsel on January 13, 2022. Because Prudential has filed this Notice of Removal within thirty days of service, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

### Plaintiff's Claims Arise Under ERISA and are Removable Based on Federal Question Jurisdiction

3. In his Complaint, Plaintiff alleges a claim under §502 of the Employment Retirement Income Security Act of 1974, 29 U.S.C. §1132 ("ERISA"), seeking long-term disability ("LTD") benefits allegedly due to him under an insurance plan sponsored by his employer, O'Neal Industries, Inc. (the "plan"). (*See* Ex. A, Compl. ¶¶ 3-6) *See* 29 U.S.C. § 1132(a)(1)(B) ("A civil action may be brought (1) by a participant or beneficiary . . . (B) to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan . . . .").

4. Plaintiff's Complaint, on its face, alleges a claim for benefits brought pursuant to ERISA (see Ex. A., Compl. ¶¶ 3, wherefore clause), and thus alleges a claim under the laws of the United States within the meaning of 28 U.S.C. § 1331. For this reason, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

5. ERISA provides an exclusive federal cause of action for participants or beneficiaries in an ERISA plan who bring actions related to the recovery of benefits under employee benefit plans, *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63 (1987); *Rush Prudential HMO Inc. v. Moran*, 536 U.S. 355 (2002).

6. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the

defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7. The Court thus has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441.

## Venue and Notice

8. Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Venue is proper in this District because, pursuant 28 U.S.C. § 97, this District embraces the State of Kentucky, Circuit Court, Jefferson County, the place where the removed action had been pending. 28 U.S.C. § 1441(a).

9. Promptly upon the filing of this Notice of Removal, Prudential shall file a Notice of Filing of Notice of Removal, with a copy of the Notice of Removal, with the Clerk of Court for Jefferson Circuit Court, Kentucky, as required by 28 U.S.C. § 1446(d). A copy of this notice is attached hereto as Exhibit C.

## Conclusion

10. Based on the foregoing, this Court has original jurisdiction over this action because this action arises under federal law under 28 U.S.C. § 1331; therefore, the Court may properly exercise jurisdiction over this lawsuit. 28 U.S.C. § 1441(a).

11. Should Plaintiff seek to remand this case to state court, Prudential respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides that remand is proper, Prudential asks that the Court retain jurisdiction and allow Prudential to file a motion asking this Court to certify any remand

78804413v.4

order for interlocutory review by the Sixth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

WHEREFORE, The Prudential Insurance Company of America requests that the above-described action pending against it be removed to this Court. The Prudential Insurance Company of America also requests all other relief, at law or in equity, to which it justly is entitled.

**DATED: February 7, 2022**                                Respectfully submitted,

                                                           THE PRUDENTIAL INSURANCE
                                                           COMPANY OF AMERICA


                                                           By: */s/ Buddy J. VanCleave*
                                                                   One of Its Attorneys

Buddy J. VanCleave
Quintairos, Prieto, Wood & Boyer, PA
9300 Shelbyville Road, Suite 400
Louisville, KY 40222
Phone: 502-423-6390
Fax: 502-423-6391
Email: buddy.vancleave@qpwblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing PRUDENTIAL'S NOTICE OF REMOVAL to be served upon the following, using the Court's ECF filing system on this 7th day of February, 2022:

Robert A. Florio
1500 Story Ave
Louisville, KY 40206
Telephone: 502-587-0228
Email: robertfloriolaw@outlook.com
Counsel for Plaintiff

                                              By: */s/ Buddy J. VanCleave*
                                                  Attorney for Prudential